THE PEOPLE OF THE STATE OF NEW YORK ex rel. SHERMAN-TAYLOR CORPORATION, Appellant, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents. [13–20 Central Park West, Borough of Manhattan.] — Order unanimously modified so as to fix land value on each lot for each of the years under review at the sum of $525,000 and, as so modified, affirmed, with $20 costs and disbursements to the appellant. On this record the value now fixed is justified. Settle order on notice. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ.

In the Matter of MAYFAIR-YORK CORP., Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent, and HENRY CASSIDY et al., Interveners-Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ. [206 Misc. 925.] [See post, p. 1143.]

FRANK TROPEPI, Respondent, v. ROSE TROPEPI, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ.

MARIO MARTINI, Respondent, et al., Plaintiff, v. GIOVANNI BAKERY CORP., Appellant, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ.

JOHN H. BROWN, Respondent, v. ERNEST P. DU FREY, as Executor of FLORENCE E. BROWNE, Deceased, Appellant.— Determination unanimously affirmed, with costs and disbursements to the respondent. The question of privilege is not before us as it was not raised by the pleadings. No opinion. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ. [See post, p. 1143.]

ACE LEATHER CRAFTS CORP., Appellant, v. AMERICAN BILTRITE RUBBER CO., INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ.

HUGH E. MARTIN, Respondent, v. UNITED CIGAR-WHELAN STORES CORP., Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the credibility of the plaintiff's witnesses as well as the issue of contributory negligence were questions for the jury. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

MADELINE GRAF, Appellant, v. SAMUEL B. NEWMAN et al., as Executors of OSCAR L. GRAF, Deceased, Respondents.— Orders and judgment unanimously affirmed, with costs and disbursements to the respondents. No opinion. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ. [See post, p. 1143.]